IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGGIE TOWNSEND,

    Plaintiff,

v.

JERRY ALLEN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 05-cv-204-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff REGGIE TOWNSEND against Defendant JERRY ALLEN in the amount of $295,001.00.

Approved as to form this 22d day of September, 2008.

_Barbara B. Crabb_
BARBARA B. CRABB
District Judge

_Joel W. Turner_      9-23-08
JOEL W. TURNER      Date
Acting Clerk of Court