IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGGIE TOWNSEND,

                                Plaintiff,

      v.

JERRY ALLEN,

                                Defendant.

ORDER

05-cv-204-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Jerry Allen has filed a motion to stay briefing on his motion for judgment as a matter of law until his motion for leave to interview the jurors has been resolved. That motion is GRANTED. Plaintiff may have until October 17, 2008 to file a response to defendant's motion regarding the interviews; defendant may have until October 24, 2008 to file a reply.

    Entered this 3d day of October, 2008.

                                                   BY THE COURT:
                                                   /s/
                                                   BARBARA B. CRABB
                                                   District Judge