IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGGIE TOWNSEND,

                                                ORDER

                Plaintiff,

                                                05-cv-204-bbc

    v.

JERRY ALLEN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In light of defendant's motion to question the jurors in this case, the parties are instructed to file under seal any further submissions in this case that include personally identifying information regarding any juror.

Entered this 3d day of October, 2008.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge